DOWNEY BRAND LLP
ROBERT P. SORAN
ASHLEY M. BOULTON
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000 / Facsimile: (916) 444-2100

Attorneys for Defendants
GOOSE POND AG, INC., and FARMLAND MANAGEMENT SERVICES

CANNATA, O'TOOLE, FICKES & ALMAZAN
THERESE Y. CANNATA
KIMBERLY A. ALMAZAN
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: 415.409.8900 / Facsimile: 415.409.8904

Attorneys for Defendants
ROGER J. LAPANT, JR. and J&J FARMS

JEFFREY H. WOOD
Acting Assistant Attorney General
ANDREW J. DOYLE
JOHN THOMAS H. DO
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-4427 (Doyle), (202) 514-2593 (Do)

PHILLIP A. TALBERT
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780

Attorneys for the UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cv-01498-KJM-DB |
| Plaintiff, | |
| v. | **JOINT STIPULATION, MOTION, AND ORDER TO AMEND** |
| ROGER J. LAPANT, JR., *et al.*, | |
| Defendants. | |

The Parties to this action—Plaintiff United States of America and Defendants Roger J. LaPant, J&J Farms, Goose Pond Ag, Inc., and Farmland Management Services (collectively, unless specially noted, "Defendants")—have conferred and hereby provide this stipulation, motion, and proposed order to amend the Court's "Order and amendment to the Scheduling Order," filed June 7, 2017 (ECF No. 49) ("Scheduling Order").

1. The parties stipulate and move to amend the following deadlines set forth in the Scheduling Order:

    a. Any joinder of parties or amendments to the pleadings shall be filed by **February 9, 2018**.

    b. Except with respect to economic benefit and economic impact, the parties shall provide "opening expert reports" by **February 23, 2018**.

    c. Except with respect to economic benefit and economic impact, the parties shall provide "responsive expert reports" by **April 27, 2018**.

    d. With respect to economic benefit and economic impact, "opening expert reports" are due to be served no later than **March 26, 2018** and "responsive expert reports" are due to be served no later than **May 25, 2018**.

2. In all other respects, the Scheduling Order remains in effect.

STIPULATED AND RESPECTFULLY SUBMITTED,
DATED: December 12, 2017

DOWNEY BRAND LLP

By: /s/ Robert P. Soran
    ROBERT P. SORAN
    Attorneys for Defendants GOOSE POND AG, INC., and FARMLAND MANAGEMENT SERVICES

CANNATA, O'TOOLE, FICKES & ALMAZAN LLP

By: /s/ Therese Y. Cannata
    THERESE Y. CANNATA
    Attorneys for Defendants ROGER J. LAPANT, Jr., and J&J FARMS

PHILLIP A. TALBERT
United States Attorney

By: /s/ John Thomas Do
    JOHN THOMAS DO
    Assistant United States Attorney

**ORDER**

Upon due consideration, the Court approves and enters the foregoing stipulation and motion as an Order and amendment to the Scheduling Order (ECF No. 49).

DATED: December 18, 2017.

_____
UNITED STATES DISTRICT JUDGE