| | |
|---|---|
| 1 | ANDREW J. DOYLE |
| 2 | JOHN THOMAS H. DO<br>ANDREW S. COGHLAN |
| 3 | United States Department of Justice<br>Environmental and Natural Resources Division |
| 4 | Environmental Defense Section<br>P.O. Box 7611 |
| 5 | Washington, DC  20044<br>Tel: (202) 514-4427 / Fax: (202) 514-8865 |

*Attorneys for the United States*

CANNATA, O'TOOLE, FICKES & OLSON
THERESE Y. CANNATA
MARK P. FICKES
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: 415.409.8900 / Facsimile: 415.409.8904

*Attorneys for Defendant Roger J. LaPant, Jr.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER J. LAPANT, JR.,<br><br>Defendant. | 2:16-cv-001498-KJM-DB<br><br>**STIPULATION AND (PROPOSED)<br>ORDER FOR EXTENSION OF TIME** |

Plaintiff United States of America and Defendant Roger J. LaPant, Jr. have met and conferred and hereby stipulate and propose for the Court's approval an adjustment to the dispostive motion briefing schedule.  Specifically:

1. The deadline for Defendant's response to the United States' motion for summary judgment (ECF No. 121) is extended to and now due February 5, 2020, 12 p.m. Pacific time, rather than January 31, 2020, as set forth in the Stipulation and Order dated November 15, 2019 (ECF

Stipulation/proposed Order to revise s.j. briefing schedule

No. 111).

2. No other summary judgment deadline, including the hearing date of March 6, 2020, set forth in the Stipulation and Order dated November 15, 2019, is amended at this time.

3. The present Stipulation and Proposed Order resolves any objections Defendant may have regarding the timing of the United States' filing of exhibits (ECF Nos. 122 & 123) and the formatting of the United States' brief and corrected brief (ECF Nos. 121-1 & 124-1).

Dated: January 17, 2020        Respectfully submitted,

*/s/ Andrew J. Doyle*
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC  20044
Tel:  (202) 514-4427

*Attorney for the United States*

CANNATA, O'TOOLE, FICKES & OLSON LLP

*/s/ Therese Y. Cannata*
THERESE Y. CANNATA
Attorneys for Defendant ROGER J. LAPANT, Jr.

**(PROPOSED) ORDER**

Upon due consideration, the Court approves the foregoing stipulation and orders the parties to abide by the summary judgment briefing schedule set forth in the Stipulation and Order dated November 15, 2020 (ECF No. 111), with the following amendment/extension of time: Defendant shall have through and including February 5, 2020, 12 p.m. Pacific, in which to file a response to the United States' motion for summary judgment.  At this time, the parties' motions for summary judgment (ECF Nos. 113 & 121) remain noticed for hearing on March 6, 2020, at 10:00 a.m.

Dated:_____        _____
                    CHIEF UNITED STATES DISTRICT JUDGE

Stipulation/proposed Order to revise s.j. briefing schedule