ANDREW J. DOYLE
JOHN THOMAS H. DO
ANDREW S. COGHLAN
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4427 / Fax: (202) 514-8865

*Attorneys for the United States*

CANNATA, O'TOOLE, FICKES & OLSON
THERESE Y. CANNATA
MARK P. FICKES
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: 415.409.8900 / Facsimile: 415.409.8904

*Attorneys for Defendant Roger J. LaPant, Jr.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ROGER J. LAPANT, JR.,<br><br>   Defendant. | 2:16-cv-001498-KJM-DB<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF DEADLINES AND S.J. HEARING** |

Plaintiff United States of America and Defendant Roger J. LaPant, Jr. have met and confterred and hereby stipulate and propose for the Court's approval an extension of deadlines and the summary judgment hearing date. Specifically:

1.   On February 12, 2020, the parties appeared before The Honorable Kendall J. Newman, United States Magistrate Judge, for a settlement conference.

2.   As noted in the minutes from the settlement conference (ECF No. 134), progress

was made, and a further settlement conference is scheduled for March 9, 2020.

3. Currently, as set forth in the Stipulation and Order dated November 15, 2019 (ECF No. 111), reply briefs associated with cross motions for summary judgment (ECF Nos. 113 & 121) are due February 21, 2020.

4. To allow the parties to focus their attention and resources toward settlement efforts, the parties stipulate and propose for the Court's approval an extension of the deadline for reply briefs from February 21 to April 10, 2020.

4. Likewise, the parties stipulate and propose for the Court's approval an extension of the summary judgment hearing date from March 6 to April 24, 2020.

5. For the same reason, the parties stipulate and propose for the Court's approval an extension of the deadline for the Joint Pretrial Statement from April 24 to June 5, 2020.

Dated: February 18, 2020　　　　　Respectfully submitted,

*/s/ Andrew J. Doyle*
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4427

*Attorney for the United States*

CANNATA, O'TOOLE, FICKES & OLSON LLP

*/s/ Therese Y. Cannata*
THERESE Y. CANNATA
Attorneys for Defendant ROGER J. LAPANT, Jr.

**(PROPOSED) ORDER**

Upon due consideration, the Court approves the foregoing stipulation and amends the schedule as follows:

(1) Reply briefs associated with cross motions for summary judgment (ECF Nos. 113 & 121) are now due April 10, 2020.

(2) The hearing date for the cross motions for summary judgment is now April 24, 2020, at 10:00 a.m.

(3) The Joint Pretrial Statement is now due June 5, 2020.

Dated:_____          _____
                                CHIEF UNITED STATES DISTRICT JUDGE

Stipulation/proposed Order for Extension of Deadlines/S.J. Hearing