ANDREW J. DOYLE
JOHN THOMAS H. DO
ANDREW S. COGHLAN
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-4427 / Fax: (202) 514-8865

*Attorneys for the United States*

CANNATA, O'TOOLE, FICKES & OLSON
THERESE Y. CANNATA
MARK P. FICKES
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: 415.409.8900 / Facsimile: 415.409.8904

*Attorneys for Defendant Roger J. LaPant, Jr.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER J. LAPANT, JR., <br><br> Defendant. | 2:16-cv-001498-KJM-DB <br><br> **SECOND STIPULATION AND ORDER FOR EXTENSION OF DEADLINES AND S.J. HEARING** |

Plaintiff United States of America and Defendant Roger J. LaPant, Jr. have met and conferred and hereby stipulate and propose for the Court's approval a further extension of deadlines and the summary judgment hearing date. Specifically:

1. On February 12, 2020, the parties appeared before The Honorable Kendall J. Newman, United States Magistrate Judge, for a settlement conference.

2. As noted in the minutes from the settlement conference (ECF No. 134), progress

| | |
|---|---|
| 1 | was made, and a further settlement conference occurred via teleconference on March 9, 2020. |
| 2 | 3. Since March 9, 2020, Judge Newman has regularly spoken with the parties, and, |
| 3 | through him, the parties have exchanged settlement-related information and communications. |
| 4 | 4. Currently, as set forth in the Stipulation and Order dated February 21, 2020 (ECF |
| 5 | No. 136), reply briefs associated with cross motions for summary judgment (ECF Nos. 113 & 121) |
| 6 | are due April 10, 2020, and a hearing is scheduled for April 24, 2020. |
| 7 | 5. To allow the parties to focus their attention and resources toward settlement |
| 8 | efforts, the parties stipulate and propose for the Court's approval a further extension of the |
| 9 | deadline for reply briefs from April 10 to June 12, 2020. |
| 10 | 5. Likewise, the parties stipulate and propose for the Court's approval a further |
| 11 | extension of the summary judgment hearing date from April 24 to June 26, 2020. |
| 12 | 6. And the parties stipulate and propose for the Court's approval a parallel extension |
| 13 | of the deadline for the Joint Pretrial Statement from June 5 to August 7, 2020. |

Dated: April 6, 2020              Respectfully submitted,

*/s/ Andrew J. Doyle*
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC   20044
Tel:   (202) 514-4427

*Attorney for the United States*

CANNATA, O'TOOLE, FICKES & OLSON LLP

*/s/ Therese Y. Cannata*
THERESE Y. CANNATA
Attorneys for Defendant ROGER J. LAPANT, Jr.

**ORDER**

Upon due consideration, the Court approves the foregoing stipulation and amends the schedule as follows:

(1) Reply briefs associated with cross motions for summary judgment (ECF Nos. 113 & 121) are now due June 12, 2020.

(2) The hearing date for the cross motions for summary judgment is now June 26, 2020, at 10:00 a.m.

(3) The Joint Pretrial Statement is now due August 7, 2020.

DATED: April 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation/Order for Extension of Deadlines/S.J. Hearing