UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOSE POND AG, INC., | No. 2:19-cv-02631-KJM-AC |
| Plaintiff, | |
| v. | |
| DUARTE NURSERY, INC. et al., | |
| Defendants. | |
| _____ | |
| UNITED STATES OF AMERICA, | No. 2:16-cv-01498-KJM-DB |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| ROGER J. LaPANT, JR., et al., | |
| Defendants. | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim," "involve the same property," and relation "is likely to effect a substantial savings of judicial effort" and "would entail substantial duplication of labor if the

1

actions were heard by different Judges or Magistrate Judges." Local Rule 123(a)(1)–(4). Accordingly, relating these matters is proper.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:19-cv-02631-KJM-AC is reassigned from Magistrate Judge Alison Claire to Magistrate Judge Deborah Barnes. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:19-cv-02631-KJM-DB.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 10, 2020.

CHIEF UNITED STATES DISTRICT JUDGE