ANTHONY L. FRANÇOIS (SBN 184100)
Email: tfrancois@pacificlegal.org
DAMIEN M. SCHIFF (SBN 235101)
Email: dschiff@pacificlegal.org
JEFFREY W. MCCOY (SBN 317377)
Email: jmccoy@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

THERESE Y. CANNATA (SBN 88032)
Email: tcannata@cofolaw.com
ZACHARY E. COLBETH (SBN 297419)
Email: zcolbeth@cofolaw.com
Cannata, O'Toole, Fickes & Olson LLP
101 Pine Street, Suite 350
San Francisco, California 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

*Attorneys for Defendant,*
*Roger J. LaPant, Jr., dba J&J Farms*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER J. LAPANT, JR., *et al.*, <br><br> Defendants. | CASE NO. 2:16-CV-01498-KJM-DB <br><br> **NOTICE OF SUBMISSION OF A CONFIDENTIAL SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT** <br><br> **Settlement Conf. Date:** September 23, 2020 <br> **Time:** 9:30 a.m. <br> **Location:** Remote <br> **Judge:** Hon. Kendall J. Newman |

CANNATA, O' TOOLE, FICKES & OLSON LLP
ATTORNEYS AT LAW
100 PINE STREET, SUITE 350, SAN FRANCISCO CA, 94111
TEL: 415.409.8900 – FAX: 415.409.8904

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE:** Defendant Roger J. LaPant, Jr., dba J&J Farms submitted, on September 22, 2020, a Confidential Supplemental Settlement Conference Statement to the Honorable Kendall J. Newman for consideration regarding a continued Settlement Conference between the parties in the above-entitled case, which is scheduled for September 23, 2020 at 9:30 a.m.

Dated: September 23, 2020          Respectfully Submitted,

ANTHONY L. FRANÇOIS
DAMIEN M. SCHIFF
JEFFREY W. MCCOY

By ___/s/ Anthony L. François___
ANTHONY L. FRANÇOIS

Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: alf@pacificlegal.org

THERESE Y. CANNATA
ZACHARY E. COLBETH

By ___/s/ Therese Y. Cannata___
THERESE Y. CANNATA

Cannata, O'Toole, Fickes & Olson LLP
101 Pine Street, Suite 350
San Francisco, California 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@cofolaw.com

*Attorneys for Defendants,*
*Roger J. LaPant, Jr., dba J&J Farms*

---

1

**NOTICE OF SUBMISSION OF CONFIDENTIAL SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT**