CANNATA, O'TOOLE, FICKES & OLSON
THERESE Y. CANNATA
MARK P. FICKES
ZACHARY E. COLBETH
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409.8900 / Fax: (415) 409-8904

*Attorneys for Defendant Roger J. LaPant, Jr.*

ANDREW J. DOYLE
JOHN THOMAS H. DO
ANDREW S. COGHLAN
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-4427 / Fax: (202) 514-8865

*Attorneys for Plaintiff United States*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-cv-01498-KJM-DB |
|---|---|
| Plaintiff, | **SEVENTH STIPULATION AND ORDER FOR EXTENSION OF DEADLINES AND S.J. HEARING** |
| v. | |
| ROGER J. LAPANT, JR., *et al.*, | |
| Defendants. | |

Plaintiff United States of America and Defendant Roger J. LaPant, Jr. have met and conferred and hereby stipulate and propose for the Court's approval an extension of deadlines and the summary judgment hearing date. Specifically:

1. Beginning February 12, 2020, the parties have been appearing before The Honorable Kendall J. Newman, United States Magistrate Judge, for settlement conferences.

2. Since the most recent settlement conference on September 23, the parties have made substantial progress.

3. Indeed, the parties have completed all substantive edits to a draft proposed consent decree and settlement agreement and are finalizing the last remaining edits to the accompanying (highly technical) appendices.

4. Currently, as set forth in the Minute Order dated October 16, 2020 (ECF No. 154), reply briefs associated with cross motions for summary judgment (ECF Nos. 113 & 121) are due November 24, 2020.

5. To allow the parties to complete their settlement efforts, the parties stipulate and propose for the Court's approval an extension of the deadline for reply briefs from November 24 to January 15, 2021.

6. Likewise, the parties stipulate and propose for the Court's approval an extension of the summary judgment hearing date from December 11, 2020 to January 22, 2021.

7. The parties note that if, as anticipated, they lodge a propose consent decree earlier than January 15, 2021, they will move for a stay of the litigation until the Court takes action on the proposed consent decree.

8. At this time, the parties do not propose any change to the deadline for the Joint Pretrial Statement (February 5, 2021).

//
//
//

1 | Dated:  November 23, 2020

Respectfully submitted,

*/s/ Therese Y. Cannata*
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Tel:   (415) 409-8900

*Attorney for Roger J. LaPant, Jr.*

*/s/ Andrew S. Coghlan*
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Tel:   (202) 514-9275

*Attorney for the United States*

**ORDER**

Upon due consideration, the Court approves the foregoing stipulation and amends the schedule as follows:

(1) Reply briefs associated with cross motions for summary judgment (ECF Nos. 113 & 121) are now due January 15, 2021.

(2) The hearing date for the cross motions for summary judgment is now January 22, 2021, at 10:00 a.m.

(3) The Joint Pretrial Statement remains due February 5, 2021.

DATED:  November 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE