CANNATA, O'TOOLE, FICKES & OLSON
THERESE Y. CANNATA
MARK P. FICKES
ZACHARY E. COLBETH
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409.8900 / Fax: (415) 409-8904

*Attorneys for Defendant Roger J. LaPant, Jr.*

ANDREW J. DOYLE
JOHN THOMAS H. DO
ANDREW S. COGHLAN
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-4427 / Fax: (202) 514-8865

*Attorneys for Plaintiff United States*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-cv-01498-KJM-DB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR STAY** |
| v. | |
| ROGER J. LAPANT, JR., *et al.*, | |
| Defendants. | |

Plaintiff United States of America and Defendant Roger J. LaPant, Jr. hereby stipulate and propose for the Court's approval a stay of all further proceedings in this case.  The parties have completed their settlement negotiations and, on December 30, 2020, Mr. LaPant signed a final draft proposed Consent Decree and Settlement ("CD," for shorthand").  The United States is expected to complete its review of the CD by January 19, 2021.  Provided that the CD is lodged with the Court by the same date (January 19), as expected, a public comment period would follow.  And following the public comment period, which lasts 30 days from the publication of a notice in the Federal Register, the United States would file an appropriate motion respecting the CD (e.g., a motion to enter the CD).

However, if a proposed Consent Decree and Settlement is not lodged with the Court by January 19, 2021, the parties would file, by January 28, 2021, a stipulation (or, if no stipulation can be reached, a joint status report) regarding their proposal(s) for the governance of further proceedings, including the parties' pending cross-motions for summary judgment, ECF Nos. 113 & 121.

/ /

/ /

/ /

Dated:  January 8, 2021         Respectfully submitted,

*/s/ Therese Y. Cannata*
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Tel:   (415) 409-8900

*Attorney for Roger J. LaPant, Jr.*

*/s/ Andrew J. Doyle*
United States Department of Justice
Environmental and Natural Resources Division
Tel:   (202) 532-3156

*Attorney for the United States*

## **STAY ORDER**

Upon due consideration, the Court approves the foregoing stipulation and stays all further proceedings in this case, including deadlines respecting the parties' pending cross-motions for summary judgment, ECF Nos. 113 & 121.

If a proposed Consent Decree and Settlement is lodged with the Court by January 19, 2021, the stay shall extend through the public comment period and the Court's resolution of any motion filed by the United States following the conclusion of the public comment period (e.g., a motion to enter the proposed Consent Decree and Settlement).

If a proposed Consent Decree is not lodged with the Court by January 19, 2021, the parties shall file, by January 28, 2021, a stipulation (or, if no stipulation can be reached, a joint status report) regarding their proposal(s) for the governance of further proceedings in this case.

Dated: January 11, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE