CANNATA, O'TOOLE, FICKES & OLSON
THERESE Y. CANNATA
MARK P. FICKES
ZACHARY E. COLBETH
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409.8900 / Fax: (415) 409-8904

*Attorneys for Defendant Roger J. LaPant, Jr.*

TODD KIM
Assistant Attorney General
ANDREW J. DOYLE
ANDREW S. COGHLAN
Attorneys
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-4427 / Fax: (202) 514-8865

*Attorneys for Plaintiff United States*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ROGER J. LAPANT, JR., *et al.*,<br><br>          Defendants. | Case No. 2:16-cv-01498-KJM-DB<br><br>**STIPULATION AND ORDER TO MODIFY CONSENT DECREE AND SETTLEMENT BETWEEN THE UNITED STATES AND ROGER J. LAPANT, JR.** |

Plaintiff United States of America and Defendant Roger J. LaPant, Jr. hereby stipulate and propose for the Court's approval two specific modifications to the Consent Decree and Settlement between the United States and Roger J. LaPant, Jr., which the Court entered on or about July 1, 2021 (ECF No. 168) ("LaPant CD").

On December 9, 2021, Mr. LaPant, through counsel, provided information to the United States concerning a personal hardship and a financial matter. He requested an extension of time through and including February 24, 2022, to satisfy his obligation under Paragraph 16 of the LaPant CD, which requires Mr. LaPant to pay a $250,000 civil penalty within 180 days of the Court's entry of the decree; and his obligation under Paragraph 23.b. of the LaPant CD, which requires Mr. LaPant to submit a compensatory mitigation proposal to the Corps of Engineers within 180 days of the Court's entry of the decree.

The United States concurs with Mr. LaPant's request.

This stipulation and proposed order is submitted pursuant to Paragraph 53 of the LaPant CD, which provides: "The terms of this Consent Decree may be modified only by a subsequent written agreement signed by the Parties. Where the modification constitutes a material change to any term of this Consent Decree, it shall be effective only upon the Court's approval."

//

//

Dated: December 15, 2021    Respectfully submitted and stipulated,

*/s/ Andrew J. Doyle*
United States Department of Justice
Environmental and Natural Resources Division
Tel: (202) 532-3156 (mobile)
*Attorney for the United States*


*/s/ Therese Y. Cannata*
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Tel: (415) 409-8900
*Attorney for Roger J. LaPant, Jr.*

**MODIFICATION OF LAPANT CD**

Upon due consideration, the Court approves the parties' stipulation to modify the Consent Decree and Settlement between the United States and Roger J. LaPant, Jr., which the Court entered on or about July 1, 2021 (ECF No. 168) ("LaPant CD").

Mr. LaPant shall have through and including February 24, 2022, to satisfy his civil penalty payment obligation under Paragraph 16 of the LaPant CD.

Mr. LaPant shall have through and including February 24, 2022, to satisfy his compensatory mitigation proposal obligation under Paragraph 23.b. of the LaPant CD.

In all other respects, the LaPant CD remains unchanged.

DATED:  January 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE